HARRY A. WILSON, Respondent, v. SARANAC REALTY COMPANY, Appellant,

and P. BALLANTINE & SONS, Defendant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The relief sought in the present action may be obtained in the action already pending in New York county. We also think that the respondent was guilty of laches in failing to prosecute the action brought in Rockland county. Kelly, P. J., Jaycox, Kelby and Young, JJ., concur; Kapper, J., dissents.